# EXHIBIT E

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Spring Street Courthouse, Department 11

| | |
|---|---|
| **23STCV09947** | June 30, 2023 |
| **JOSEPHINE TEHRANI vs AMAZON STUDIOS, LLC** | 11:00 AM |

Judge: Honorable David S. Cunningham III  CSR: None
Judicial Assistant: T. Lewis  ERM: None
Courtroom Assistant: C. Concepcion  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): No Appearances

**NATURE OF PROCEEDINGS:** Initial Status Conference

The matter is not called for hearing.

There are no appearances by or for counsel for plaintiff nor defendant.

Therefore, the Court sets the following:

Order to Show Cause Re: Failure to Appear at the Initial Status Conference is scheduled for 09/01/23 at 09:00 AM in Department 11 at Spring Street Courthouse.

The parties are ordered to appear at the above scheduled hearing.

Judicial Assistant is to give notice to plaintiff.

Certificate of Mailing is attached.

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Frank H. Kim, Esq. | SBN: 264605<br>Helen Kim Law, APC<br>3435 Wilshire Blvd., Suite 2700 Los Angeles, CA 90010<br>TELEPHONE NO.: (323) 487-9151 | FAX NO. (866) 652-7819<br>E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: Joseph Tehrani, individually and on behalf of other similarly situated | **Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>7/14/2023 9:26 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By C. Perez, Deputy Clerk** |

**Los Angeles County Superior Court - Stanley Mosk Courthouse**
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk - Central District

| PLAINTIFF: Joseph Tehrani, individually and on behalf of other similarly situated | CASE NUMBER: |
|---|---|
| DEFENDANT: Amazon Studios, LLC, a California Limited Liability Company; and Does 1 through 50, inclusive | **23STCV09947** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**Tehrani v. Amazon** |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: Civil Case Cover Sheet Addendum and Statement of Location; Notice of Case Assignment – Unlimited Civil Case; Minute Order; Initial Status Conference Order (Complex Litigation Program); First Amended General Order; Voluntary Efficient Litigation Stipulations; Order Pursuant to CCP 1054(a), Extending Time to Respond By 30 Days When Parties Agree to Early Organizational Meeting Stipulation

3. a. Party served *(specify name of party as shown on documents served)*:
   **Amazon Studios, LLC, a California Limited Liability Company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC- Lawyers Incorporating Service, c/o Nicole Stauss - Registered Agent for Service of Process**
   Age: late 20s-early 30s Weight: 300 Hair: Black Sex: Female Height: 6'0" Eyes: Brown Race: African American

4. Address where the party was served: **CSC- Lawyers Incorporating Service**
   **2710 Gateway Oaks Dr # 150**
   **Sacramento, CA 95833-3505**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **7/7/2023** (2) at *(time)*: **2:11 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/336338

| | |
|---|---|
| PETITIONER: Joseph Tehrani, individually and on behalf of other similarly situated | CASE NUMBER: 23STCV09947 |
| RESPONDENT: Amazon Studios, LLC, a California Limited Liability Company; and Does 1 through 50, inclusive | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                  (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **Amazon Studios, LLC, a California Limited Liability Company**
     under the following Code of Civil Procedure section:

  | | |
  |---|---|
  | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
  | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
  | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
  | ☒ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
  | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
  | | ☐ other: |

7. **Person who served papers**
  a. Name: **Krystalyn Souza - ON-CALL LEGAL**
  b. Address: **2476 Overland Avenue, Third Floor  Los Angeles, CA 90064**
  c. Telephone number: **(310) 858-9800**
  d. **The fee** for service was: **$ 171.18**
  e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
        (i) ☐ owner    ☐ employee    ☒ independent contractor.
        (ii) Registration No.: **PS-047**
        (iii) County: **Yuba**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/12/2023**

**ON-CALL LEGAL**
**2476 Overland Avenue, Third Floor**
**Los Angeles, CA 90064**
**(310) 858-9800**
**www.OnCallLegal.com**

                                                       ▶ */s/ Krystalyn Souza*

               **Krystalyn Souza**
       (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)