UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA23CV06385-CBM (JCx) | Date | July 16, 2024 |
|---|---|---|---|
| Title | Josephine Tehrani v. Amazon Studios, LLC., et al. | | |

| Present: The Honorable | Consuelo B. Marshall, United States District Judge |
|---|---|

| Charles A. Rojas | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frank Hyung-Jin Kim | Stephen Franz |
| | Camilo Echavarria |
| | Hollis Peterson |

**Proceedings:**    MOTION TO DISMISS [14]; PLAINTIFF'S MOTION TO REMAND [15]

The case is called.  Counsel make their appearances.  The Court and counsel confer.  For reasons stated on the record, the Court takes the matter Under Submission.  A written order shall issue.

|  | : | .40 |
|---|---|---|

Initials of Preparer    cr