UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    JS-6

| Case No. | **CV 23-6385-CBM(JCx)** | Date | AUGUST 7, 2024 |
|---|---|---|---|

| Title | Josephine Tehrani v. Amazon Studios LLC et al |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        In Court        X    In Chambers        X    **Counsel Notified**

Case is ordered closed pursuant to the Order filed on August 7, 2024 [26].

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)            **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS